AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jackson, Richard B. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | 05/06/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

US Courthouse
901 19th St
Denver CO 80294

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/06/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | STATE OF COLORADO | $66,063.52 |
| 2. 2011 | PERA STATE OF COLORADO | $21,970.60 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | SELF-EMPLOYED TRAVEL AGENT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/06/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -VANGUARD VALUE VIPERS | B | Dividend | L | T | | | | | |
| 3. -VANGUARD FTSE ALL WORLD EX US INDEX | A | Dividend | K | T | | | | | |
| 4. -VANGUARD EXTENDED MKT VIPERS | A | Dividend | L | T | | | | | |
| 5. -VANGUARD GROWTH VIPERS | A | Dividend | L | T | | | | | |
| 6. -BNY MELLON MUNICIPAL OPPORTUNITIES FUND | A | Dividend | J | T | | | | | |
| 7. B-NY MELLON NATIONAL INTERMEDIATE MUNICIPAL BOND FUND | B | Dividend | K | T | | | | | |
| 8. -US TREASURY NOTE 1/2011 | A | Dividend | | | Sold | 01/31 | K | | |
| 9. -US TREASURY NOTE DTD 10/2012 | A | Dividend | K | T | | | | | |
| 10. -US TREASURY NOTE 07/13 | A | Dividend | K | T | | | | | |
| 11. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 12. FED HOME LN MTG CORP | B | Dividend | L | T | Buy (add'l) | 10/24 | L | | |
| 13. FED HOME LOAN BANKS | B | Dividend | L | T | | | | | |
| 14. US TREASURY NT 11/12 | B | Interest | L | T | | | | | |
| 15. US TREAS INFLATION IND BOND | A | Interest | L | T | | | | | |
| 16. US TREASURY NOTE 6/2016 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. US TREASURY NOTE 12/16 | B | Interest | L | T | | | | | |
| 18. US TREASURY NOTE 7/17 | A | Interest | L | T | | | | | |
| 19. US TREASURY NOTE 5/10 | A | Interest | | | | | | | |
| 20. GEN ELECT CAP CPR 9/17 | A | Interest | K | T | | | | | |
| 21. WELLS FARGO CO 5.25% 10/12 | B | Interest | K | T | | | | | |
| 22. AETNA INC | B | Interest | | | Sold | 11/02 | K | | |
| 23. PFIZER INC | B | Interest | K | T | | | | | |
| 24. GOLDMAN SACHS GROUP INC | B | Interest | K | T | | | | | |
| 25. AT & T INC | B | Interest | K | T | | | | | |
| 26. ISHARES S&P GSCI COMMODITY INDEXED TRUST | A | Interest | | | Sold | 04/07 | K | D | |
| 27. AIM STIT TREASURY PORTFOLIO | A | Interest | L | T | | | | | |
| 28. SPDR TRUST SERIES 1 | D | Dividend | M | T | | | | | |
| 29. ISHARES TR MIDCAP | B | Dividend | L | T | | | | | |
| 30. SPDR DOW JONES INDUSTRIAL AVERAGE | D | Dividend | M | T | | | | | |
| 31. ISHARES MSCI EAFE INDX FUND | D | Dividend | M | T | Sold (part) | 10/26 | K | | |
| 32. RYDEX MANAGED FUTURES STRATEGY FD | | None | K | T | | | | | |
| 33. ISHARES RUSSELL 1000 INDEX FUND | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. ISHARES TR S & P SMALL CAP 600 | A | Dividend | L | T | | | | | |
| 35. VANGUARD EMERGING MARKETS ETF | A | Dividend | L | T | Buy (add'l) | 02/13 | J | | |
| 36. FED HOME LN MTG CORP | B | Dividend | | | | | | | |
| 37. FED HOME LOAN BANK | C | Dividend | | | Sold | 09/16 | | | |
| 38. FED NAT MTG ASSN | B | Dividend | | | | | | | |
| 39. HIGHBRIDGE DYNAMIC COMM STRAT FUND 3 | A | Dividend | K | T | Buy | | | | |
| 40. US TREAS NOTE 2.125% 5/31/16 | B | Interest | L | T | Buy | | | | |
| 41. BEAR STEARRNS CO 4.65% 7/2/18 | B | Dividend | K | T | Buy | 11/2 | K | | |
| 42. DREYFUS HIGH YIELD 1 | A | Dividend | J | T | Buy | 10/24 | J | | |
| 43. 401(k) #1 | | | | | | | | | |
| 44. -PIMCO TOTAL RETURN FUND | B | Dividend | | | Sold | 10/31 | K | | |
| 45. -DODGES & COX BALANCED FUND | B | Dividend | | | Sold | 10/31 | K | | |
| 46. -DODGE & COX STOCK FUND | B | Dividend | | | Sold | 10/31 | J | | |
| 47. -FIDELITY CONTRAFUND | B | Dividend | | | Sold | 10/31 | J | | |
| 48. -RAINIER LG CAP GROWTH EQUITY | B | Dividend | | | Sold | 10/31 | J | | |
| 49. -AMERICAN FUNDS EUROPACIFIC GR | B | Dividend | | | Sold | 10/31 | J | | |
| 50. PERAdvantage Income Fund | B | Dividend | K | T | Buy | 10/31 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. PERAdvantage Fixed Income | B | Dividend | K | T | Buy | 10/31 | K | | |
| 52. PERAdvantgage US Large Cap Stk | B | Dividend | J | T | Buy | 10/31 | J | | |
| 53. PERAdvantage Intl Stock Fd | B | Dividend | J | T | Buy | 10/31 | J | | |
| 54. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 55. CHEVRON CORP | B | Dividend | K | T | | | | | |
| 56. EXXON MOBIL | C | Dividend | L | T | | | | | |
| 57. AIR PRDTS AND CHEMICALS INC | A | Dividend | K | T | | | | | |
| 58. EMERSON ELECTRIC CO | A | Dividend | | | Sold | 08/02 | K | | |
| 59. GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 60. UNION PAC CORP | A | Dividend | K | T | | | | | |
| 61. UNITED TECHNOLOGIES CORP | A | Dividend | K | T | | | | | |
| 62. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 63. JOHNSON CTLS INC | A | Dividend | J | T | | | | | |
| 64. STARBUCKS CORP | B | Dividend | M | T | | | | | |
| 65. NESTLE S A SPONSORED ADR REPSTG REG | A | Dividend | K | T | | | | | |
| 66. PEPSICO INC | A | Dividend | K | T | | | | | |
| 67. PROCTER & GAMBLE CO | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. ABBOTT LABORATORIES | A | Dividend | | | Sold | 12/14 | J | A | |
| 69. JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 70. PFIZER INC | A | Dividend | J | T | | | | | |
| 71. AON CORP | A | Dividend | J | T | Buy | 11/15 | J | | |
| 72. BB AND T CORP | A | Dividend | J | T | Buy | 06/24 | J | | |
| 73. INVESCO LTD | A | Dividend | J | T | | | | | |
| 74. ACE LTD | A | Dividend | | | Sold | 02/03 | K | D | |
| 75. JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 76. MORGAN STANLEY | A | Dividend | | | Sold | 06/24 | J | | |
| 77. STATE STREET CORP | A | Dividend | J | T | | | | | |
| 78. US BANCORP | A | Dividend | J | T | | | | | |
| 79. WELLS FARGO AND CO | A | Dividend | J | T | | | | | |
| 80. ACCENTURE PLC | A | Dividend | J | T | | | | | |
| 81. APPLE INC | | None | K | T | | | | | |
| 82. CISCO SYSTEMS INC | A | None | | | Sold | 02/24 | J | A | |
| 83. GOOGLE INC | | None | J | T | | | | | |
| 84. HEWLETT PACKARD CO | A | Dividend | | | Sold | 04/29 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. INTEL CORP | A | Dividend | J | T | Sold (part) | 12/27 | J | D | |
| 86. FLORHAM PARK NJ 8% 2/16 | B | Dividend | L | T | Buy | 11/02 | L | | |
| 87. MICROSOFT CORP | A | Dividend | | | Sold | 05/13 | J | C | |
| 88. SALESFORCE.COM INC | | None | J | T | | | | | |
| 89. SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 90. WATSON PHARMACEUTICALS INC | | Dividend | J | T | | | | | |
| 91. ZIMMER HOLDINGS INC | A | Dividend | J | T | | | | | |
| 92. ISHARES MSCI EAFE INDEX FD | C | Dividend | M | T | | | | | |
| 93. ISHARES MSCI EMERGING MARKETS FD | A | Dividend | K | T | | | | | |
| 94. VANGUARD EXTENDED MARKET VIPERS INDEX FUND | A | Dividend | L | T | | | | | |
| 95. DENVER CO CITY & CTY SCHOOL DSTRICT | B | Interest | | | Sold | 12/01 | L | A | |
| 96. CASTLE PINES NORTH MET DIST CO | C | Interest | L | T | | | | | |
| 97. THORNTON CO DTD | B | Interest | L | T | | | | | |
| 98. RANGELY CO SCH DIST RE 4 | B | Interest | L | T | | | | | |
| 99. SNOWMASS VIG CO | B | Interest | L | T | | | | | |
| 100. UNIV COLOR ENTERPRISE SYS REV | B | Interest | | | Sold | 06/01 | L | | |
| 101. METROPOLITAN TRANSN AUTH NY | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. METRO WASTEWTR RECLAM DSTR CO | B | Interest | L | T | | | | | |
| 103. EL PASO CTY CO REV | B | Interest | L | T | | | | | |
| 104. BNY MELLON MUNICIPAL OPPORTUNITIES | B | Dividend | K | T | | | | | |
| 105. BNY MELLON NATL MUNI MONEY MKT FUND | | Dividend | M | T | | | | | |
| 106. TEXAS INSTRUMENTS | A | Dividend | J | T | Buy | 12/27 | J | | |
| 107. QUALCOMM | A | Dividend | J | T | Buy | 12/27 | J | | |
| 108. TUALATIN HILL OR 6.21 | B | Dividend | L | T | Buy | 09/13 | L | | |
| 109. DOVER CORP | A | Dividend | K | T | Buy | 08/02 | K | | |
| 110. IBM CORP | A | Dividend | J | T | Buy | 07/11 | J | | |
| 111. PROVO UTAH 4% 1/20 | B | Dividend | L | T | Buy | 04/20 | L | | |
| 112. EMC CORP MASS | | Dividend | J | T | Buy | 04/29 | J | | |
| 113. BEACHWOOD OHIL 12/19 | B | Dividend | L | T | Buy | 12/01 | L | | |
| 114. BAXTER INTL INC | A | Dividend | J | T | Buy | 12/14 | J | | |
| 115. VERIZON COMMUNCATIONS | A | Dividend | J | T | Buy | 02/03 | J | | |
| 116. IRA #2 | | | | | | | | | |
| 117. -DREYFUS PR LRG CAP EQ FD | A | Dividend | L | T | | | | | |
| 118. -VANGUARD FTSE ALL WORLD EX US INDEX FD | A | Dividend | K | T | Sold (part) | 08/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -VANGUARD EXTEND MKT VIPERS INDEX FD | A | Dividend | | | Sold | 11/05 | J | B | |
| 120. -BNY MELLON INTERM BOND FUND CLASS M | B | Dividend | K | T | Buy (add'l) | 04/13 | J | | |
| 121. -DREYFUS PREMIER LTD TERM HIGH YIELD FD | A | Dividend | J | T | | | | | |
| 122. -AIM STIT TREASURY PORTFOLIO | A | Interest | J | T | | | | | |
| 123. BNY MELLON SMALL MID CAP FUND | A | Dividend | J | T | Buy | 09/27 | J | | |
| 124. DREYFUL DIVERSIFIED INTERNATTIONAL FUND | A | Dividend | K | T | Buy | 08/12 | K | | |
| 125. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 126. DREYFUS LARGE FUND GROWTH FUND CLASS I | A | Dividend | K | T | | | | | |
| 127. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 128. AMERICAN STRATEGIC INCOME PORTFOLIO | B | Dividend | K | T | | | | | |
| 129. CIT GROUP INC NEW | | None | J | T | | | | | |
| 130. GABELLI DIVIDEND & INCOME TRUST | A | Dividend | J | T | | | | | |
| 131. AIM INV INVESCO VAN KAMPEN CORP BOND FD. | B | Dividend | K | T | | | | | |
| 132. AIM INV INVESTCO VAN KAMPEN HIGH YD FD CLASS A | A | Dividend | K | T | | | | | |
| 133. WELLS FARGO WEALTH BUILDER MODERATE BALANCE FD | A | Dividend | K | T | Buy | 01/01 | K | | |
| 134. CIT GROUP INC NEW NOTE 5/13 | A | Dividend | | | Sold | 06/28 | J | | |
| 135. CIT GROUP INC NEW 5/14 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. CIT GROUP INC NEW 5/15 | A | Dividend | J | T | | | | | |
| 137. CIT GROUP INC NEW 5/16 | A | Dividend | J | T | | | | | |
| 138. CIT GROUP INC NEW 5/17 | A | Dividend | J | T | | | | | |
| 139. GENERAL ELEC CAPITAL CORP MID TERM NOTE | A | Dividend | J | T | | | | | |
| 140. WELLS FARGO BANK (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 141. TRUST #1 | | | | | | | | | |
| 142. -SPDR TRUST SERIES 1 | A | Dividend | K | T | | | | | |
| 143. -SPDR DOW JONES INDUSTRIAL AVER TRUST | A | Dividend | K | T | | | | | |
| 144. -ISHARES MSCI EAFE INDEX FD | A | Dividend | J | T | | | | | |
| 145. -I-SHARES MSCI EMERGING MKTS FD | A | Dividend | J | T | | | | | |
| 146. -VANGUARD EXTENDED MKT VIPERS INDX FD | A | Dividend | K | T | | | | | |
| 147. -BNY MELLON NATL INTER MUN BD FUND | A | Dividend | L | T | | | | | |
| 148. -BNY MELLON NATL MUNI MONEY MKT FD | A | Dividend | J | T | | | | | |
| 149. -US TREASURY BILL | A | Interest | | | Sold | 03/10 | J | | |
| 150. BNY MELLON NAT S/T MIN BD FUND | A | Dividend | J | T | Buy | 06/09 | J | | |
| 151. TRUST #2 | | | | | | | | | |
| 152. -SPDR TRUST SERIES 1 | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. -SPDR DOW JONES INDUSTRIAL AV TRUST | B | Dividend | L | T | | | | | |
| 154. -ISHARES MSCI EAFE INDX FD | A | Dividend | K | T | | | | | |
| 155. -ISGARES MSCI EMERGING MKTS INDX FD | A | Dividend | J | T | | | | | |
| 156. -VANGUARD EXTENDED MTK VIPERS | A | Dividend | K | T | | | | | |
| 157. -COLO ST BD GOVERNORS UNIV ENT | B | Interest | L | T | | | | | |
| 158. -BOULDER CNT CO SALES TAX | B | Interest | | | Sold | 12/15 | K | | |
| 159. -BNY MELLON INT MUN BD FD | C | Dividend | L | T | | | | | |
| 160. -US TREASURY NOTE 3/11 | A | Interest | | | Sold | 03/31 | K | | |
| 161. -US TREASURY NOTE 7/12 | A | Interest | K | T | | | | | |
| 162. -BNY MELLONNATL MUNI MONEY MKT FD | A | Dividend | K | T | Buy | 06/19 | K | | |
| 163. BNYMELLON NATIONAL SHORT TERM MUN FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 05/06/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For line 32 this asset was purhcased since the nomination report and before reporting period
For line 88 this asset was purchased since the nomination report and before reporting period

For line 90 this asset was purchased since the nomination report and before reporting period

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard B. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544